AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF __Delaware__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2911 Philadelphia Pike, Claymont, DE 19703

**SEARCH WARRANT**

CASE NUMBER: Mc 08-153

REDACTED

TO: Special Agent Kimberly Mullings   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Special Agent Kimberly Mullings   who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location) 2911 Philadelphia Pike, Claymont, DE 19703, and further described in Attachment A.

in the _____ District of Delaware _____ there is now concealed a certain person or property, namely (describe the person or property)

See Exhibit 3 incorporated herein by reference.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   __8/22/08__
                                                                                      Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- **6:00 A.M. to 10:00 P.M.**) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   Hon. Mary Pat Thynge
                                                                                                                U.S. Judge or Magistrate

as required by law.

FILED
SEP 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

August 12, 2008
Date and Time Issued

at   Wilmington, Delaware
City and State

Hon. Mary Pat Thynge
Name and Title of Judicial Officer

Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>8/12/08 | DATE AND TIME WARRANT EXECUTED<br>8/13/08  0900 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Michael Velazquez |

INVENTORY MADE IN THE PRESENCE OF
Joseph Consavage

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1) Barrera-Torres, Alfredo DOB /80 MX
2) Barrera-Saldiva, Francisco DOP /80 MX
3) Barrera-Torres, Gavino DOB /87 MX
4) Tapia-Barrera, Carmelo DOB /75 MX

CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   8/18/08
U.S. Judge of Magistrate   Date